**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Howard Intervention Center, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-5329641 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 21141 Governors Highway, Suite 301<br>Matteson, IL 60443 | 1407 187th Street<br>Homewood, IL 60430 |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Cook | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Howard Intervention Center, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Howard Intervention Center, Inc. | Case number (*if known*) |
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency
Contact name
Phone

---

| | **Statistical and administrative information** |

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    Howard Intervention Center, Inc.                                    Case number (*if known*)
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | Howard Intervention Center, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 1, 2023___
MM / DD / YYYY

**X** /s/ Cara K. Wilson _____
Signature of authorized representative of debtor

Title ___President___

Cara K. Wilson _____
Printed name

**18. Signature of attorney**

**X** /s/ Gregory K. Stern _____
Signature of attorney for debtor

Date ___December 1, 2023___
MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone ___(312) 427-1558___     Email address ___greg@gregstern.com___

6183380 IL
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Howard Intervention Center, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 1, 2023      **X** /s/ Cara K. Wilson
                                        Signature of individual signing on behalf of debtor

                                        Cara K. Wilson
                                        Printed name

                                          President
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Howard Intervention Center, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 109-WebABA P.O. Box 748746 Atlanta, GA 30384-8746 | | | | | | $33,420.52 |
| ABA Building Blocks, LLC 2430 Vanderbilt Beach Road Suite 108-568 Naples, FL 34109 | | | | | | $125.00 |
| Autism Home Services, LLC 905 West Glen Park Avenue Griffith, IN 46319 | | | Contingent Unliquidated Disputed | | | $0.00 |
| Emerald Group Holdings LLC dba Vitalcap 48 Wall Street 10th Floor New York, NY 10005 | | Account Receivables | | $42,750.00 | $0.00 | $42,750.00 |
| Great American Financial Services P.O. Box 660831 Dallas, TX 75266-0831 | | | | | | $1,220.87 |
| Headway Capital LLC 175 West Jackson Boulevard Chicago, IL 60604 | | Blanket Lien - Accounts Receiveable | | $81,905.88 | $0.00 | $81,905.88 |
| Highland Hill Capital LLC 450 Fairway Drive Suite 210 Deerfield Beach, FL 33441 | | | | | | $26,908.75 |

| Debtor | Howard Intervention Center, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hinckley Spring Water Company 200 Eagles Landing Blvd Lakeland, FL 33810 | | | | | | $132.62 |
| Kapitus, LLC 2500 Wilson Boulevard, Suite 350 Arlington, VA 22201 | | Blanket Lien - Accounts Receiveable | | $118,800.00 | $0.00 | $118,800.00 |
| Kapitus, LLC 2500 Wilson Boulevard, Suite 350 Arlington, VA 22201 | | Blanket Lien - Accounts Receiveable | | $78,144.00 | $0.00 | $78,144.00 |
| Lumary US LLC 3500 South Dupont Highway Dover, DE 19901 | | | | | | $32,484.70 |
| Network Accounting Services 1982 Grant Street Gary, IN 46404 | | Services | | | | $750.00 |
| QBS 49 Plain Street Suite 200 North Attleboro, MA 02760-4153 | | | | | | $96.00 |
| Sutton Legal & Consulting 3883 Howard Hughes Pkwy Las Vegas, NV 89169 | | Services | | | | $525.00 |
| The Avanza Group, LLC 3974 Amboy Road Suite 306 Staten Island, NY 10308 | | Blanket Lien - Accounts Receiveable | | $65,316.12 | $0.00 | $65,316.12 |
| The Fundworks, LLC 5990 Sepulveda Boulevard Van Nuys, CA 91411 | | Blanket Lien - Accounts Receiveable | | $69,750.00 | $0.00 | $69,750.00 |
| The Hanover Insurance Company 333 Pierce Road Itasca, IL 60143 | | | | | | $1,093.52 |
| Tolbert & Tolbert LLC 1085 Broadway, Suite B Gary, IN 46402 | | Services | | | | $0.00 |

Debtor   Howard Intervention Center, Inc.                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155 | | Blanket Lien | | $532,336.07 | $0.00 | $532,336.07 |

**Fill in this information to identify the case:**

Debtor name    Howard Intervention Center, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................... $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................. $     369,399.39

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................... $     369,399.39

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     989,002.07

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     96,756.98

4.  Total liabilities .....................................................................................................................
    Lines 2 + 3a + 3b

    $     1,085,759.05

**Fill in this information to identify the case:**

Debtor name   Howard Intervention Center, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 9965 | $1,233.84 |
| 3.2. | PNC Bank | Checking | 6565 | $2,708.18 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $3,942.02

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit with Landlord MRC Holdings, LLC - Matteson | $7,000.00 |

Debtor   Howard Intervention Center, Inc.          Case number *(If known)* _____
Name

7.2.   Security Deposit with Landlord LPS Properties, LLC - Munster                              $10,000.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                     $17,000.00
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:            173,265.26      -           0.00    = ....        $173,265.26
                                          face amount              doubtful or uncollectible accounts

        11b. Over 90 days old:               277,431.41      -      107,239.30   =....         $170,192.11
                                          face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                   $343,457.37
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:     Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

| Debtor | Howard Intervention Center, Inc. | Case number *(If known)* | |
|--------|----------------------------------|--------------------------|--|
| | Name | | |

| 39. | **Office furniture**<br>See attached - List of Office Furniture and Equipment | $0.00 | | $5,000.00 |
|-----|----|----|----|----|

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    $5,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|----|----|----|----|----|
| 55.1.  21141 Governors Highway, Suite 301, Matteson, Illinois | Leasehold | $0.00 | N/A | $0.00 |
| 55.2.  1630 45th Street, Munster, Indiana 46321 | Leasehold | $0.00 | N/A | $0.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

    $0.00

Debtor    Howard Intervention Center, Inc.                                   Case number *(If known)*
          Name

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    Howard Intervention Center, Inc. _____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,942.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $343,457.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $369,399.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $369,399.39 |

# Howard Intervention Center Business Property List 2023

| Location | Type | Purchase Year | Number |
|---|---|---|---|
| Matteson | Office Desks | 2020 | 8 |
| Matteson | Office Chairs | 2020 | 8 |
| Matteson | Small Office Drawers | 2020 | 3 |
| Matteson | Cabinets | 2020 | 7 |
| Matteson | Storage Shelves | 2020 | 5 |
| Matteson | Benches | 2020 | 2 |
| Matteson | Pillows | 2020 | 4 |
| Matteson | Desk Top Computers | 2020-2023 | 9 |
| Matteson | Mini IPads | 2020-2023 | 6 |
| Matteson | IPads | 2020-2023 | 5 |
| Matteson | 50' TV | 2020 | 1 |
| Matteson | louge cabinets | 2020 | 5 |
| Matteson | Kid Tables | 2020-2021 | 16 |
| Matteson | Kid Chairs | 2020-2021 | 34 |
| Matteson | small Refrigerators | 2020 | 3 |
| Matteson | micro wave ovens | 2022 | 2 |
| Matteson | vending machines | 2020 | 1 |
| Matteson | water tube | 2023 | 1 |
| Matteson | lounge table | 2020 | 1 |
| Matteson | lounge chairs | 2020 | 4 |

| Location | Item | Year | Quantity |
|---|---|---|---|
| Matteson | Video game consoles | 2020 | 2 |
| Matteson | large kid tables | 2020 | 3 |
| Matteson | kid games | 2020-2023 | 20 |
| Matteson | mini room heaters | 2022 | 6 |
| Matteson | mini room fans | 2022 | 8 |
| Matteson | Sensory Gym | 2020 | 1 |
| Matteson | Walkie Talkies | 2022 | 11 |
| Matteson | Folding Chairs | 2020-2022 | 12 |
| Munster IN | Kids Tables | 2021 | 12 |
| Munster IN | Kids Chairs | 2021 | 37 |
| Munster IN | Desk Top Computers | 2021 | 3 |
| Munster IN | Copy Machines | 2018-2020 | 3 |
| Munster IN | Walkie Talkies | 2021 | 13 |
| Munster IN | small IPads | 2021-2022 | 5 |
| Munster IN | large IPads | 2021-2023 | 7 |
| Munster IN | Desks | 2021 | 4 |
| Munster IN | Chairs/Folding | 2022 | 9 |
| Munster IN | Video Game Consols | 2021 | 2 |
| Munster IN | Refrigerator | 2021 | 1 |
| Munster IN | micro wave oven | 2021 | 1 |
| Munster IN | Sensory Gym | 2021 | 1 |
| Munster IN | Lounge Benches | 2021 | 3 |
| Munster IN | Lounge Table | 2021 | 1 |
| Munster IN | Lounge Chairs | 2021 | 4 |
| Munster IN | folding tables | 2020-2022 | 8 |

| Munster, IN | Water Wall | 2021 | 2 |
|---|---|---|---|
| Munster, IN | Sensory Water Tube | 2021 | 1 |
| Munster, IN | Folding chairs | 2021 | 12 |
| Munster IN | 50 TV | 2021 | 1 |

**Fill in this information to identify the case:**

Debtor name    Howard Intervention Center, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Emerald Group Holdings LLC<br>dba Vitalcap<br><sub>Creditor's Name</sub><br><br>48 Wall Street<br>10th Floor<br>New York, NY 10005<br><sub>Creditor's mailing address</sub><br><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br>2023<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>Account Receivables<br><br><br>Describe the lien<br>Security Interest<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,750.00 | $0.00 |
| **2.2** Headway Capital LLC<br><sub>Creditor's Name</sub><br><br>175 West Jackson Boulevard<br>Chicago, IL 60604<br><sub>Creditor's mailing address</sub><br><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br>2021<br>**Last 4 digits of account number**<br>9248<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>Blanket Lien - Accounts Receiveable<br><br><br>Describe the lien<br>Security Interest<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $81,905.88 | $0.00 |

Debtor      Howard Intervention Center, Inc.
_____     Case number (if known) _____
Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.3 | Kapitus, LLC | Describe debtor's property that is subject to a lien | $118,800.00 | $0.00 |

Creditor's Name

2500 Wilson Boulevard, Suite 350
Arlington, VA 22201
Creditor's mailing address

Blanket Lien - Accounts Receivable

**Describe the lien**
Secuirty Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2023

**Last 4 digits of account number**
3931

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Kapitus, LLC | Describe debtor's property that is subject to a lien | $78,144.00 | $0.00 |

Creditor's Name

2500 Wilson Boulevard, Suite 350
Arlington, VA 22201
Creditor's mailing address

Blanket Lien - Accounts Receivable

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2023

**Last 4 digits of account number**
9361

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | The Avanza Group, LLC | Describe debtor's property that is subject to a lien | $65,316.12 | $0.00 |

Creditor's Name

3974 Amboy Road
Suite 306
Staten Island, NY 10308
Creditor's mailing address

Blanket Lien - Accounts Receivable

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No

---

Debtor   Howard Intervention Center, Inc.                                    Case number (if known) _____
     Name

Creditor's email address, if known     ☐ Yes

                                   **Is anyone else liable on this claim?**

**Date debt was incurred**         ☐ No

2023

**Last 4 digits of account number**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply

■ No                          ☐ Contingent

☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative
priority.                          ☐ Disputed

---

| 2.6 | The Fundworks, LLC | Describe debtor's property that is subject to a lien | $69,750.00 | $0.00 |
|-----|--------------------|-----------------------------------------------------|------------|-------|

     Creditor's Name                   Blanket Lien - Accounts Receiveable

5990 Sepulveda Boulevard
Van Nuys, CA 91411
     Creditor's mailing address          **Describe the lien**

                                    Security Interest
                                    **Is the creditor an insider or related party?**

Creditor's email address, if known     ■ No

                                   ☐ Yes

**Date debt was incurred**         **Is anyone else liable on this claim?**

2023                          ☐ No

**Last 4 digits of account number**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply

■ No                          ☐ Contingent

☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative
priority.                          ☐ Disputed

---

| 2.7 | U.S. Small Business Administration | Describe debtor's property that is subject to a lien | $532,336.07 | $0.00 |
|-----|-----------------------------------|-----------------------------------------------------|-------------|-------|

     Creditor's Name                   Blanket Lien

14925 Kingsport Road
Fort Worth, TX 76155
     Creditor's mailing address          **Describe the lien**

                                    Security Interest
                                    **Is the creditor an insider or related party?**

Creditor's email address, if known     ■ No

                                   ☐ Yes

**Date debt was incurred**         **Is anyone else liable on this claim?**

2021 & 2021                    ☐ No

**Last 4 digits of account number**
7808                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply

■ No                          ☐ Contingent

☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative
priority.                          ☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $989,002.07

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 3 of 4

| Debtor | Howard Intervention Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Zachter PLLC<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601 | Line  2.5 | |

**Fill in this information to identify the case:**

Debtor name      Howard Intervention Center, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,420.52 |
|---|---|---|---|
|  | 109-WebABA<br>P.O. Box 748746<br>Atlanta, GA 30384-8746 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|
|  | ABA Building Blocks, LLC<br>2430 Vanderbilt Beach Road<br>Suite 108-568<br>Naples, FL 34109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
|  | Autism Home Services, LLC<br>905 West Glen Park Avenue<br>Griffith, IN 46319 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,220.87 |
|---|---|---|---|
|  | Great American Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number _Various_ | Is the claim subject to offset? ■ No ☐ Yes |  |

| Debtor | Howard Intervention Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,908.75

Highland Hill Capital LLC
450 Fairway Drive
Suite 210
Deerfield Beach, FL 33441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $132.62

Hinckley Spring Water Company
200 Eagles Landing Blvd
Lakeland, FL 33810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** _

**Last 4 digits of account number** 6870

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,484.70

Lumary US LLC
3500 South Dupont Highway
Dover, DE 19901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** hQAL

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $750.00

Network Accounting Services
1982 Grant Street
Gary, IN 46404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $96.00

QBS
49 Plain Street
Suite 200
North Attleboro, MA 02760-4153

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $525.00

Sutton Legal & Consulting
3883 Howard Hughes Pkwy
Las Vegas, NV 89169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,093.52

The Hanover Insurance Company
333 Pierce Road
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** _

**Last 4 digits of account number** 3001

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Howard Intervention Center, Inc.                                    Case number (if known) _____
          Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

Tolbert & Tolbert LLC
1085 Broadway, Suite B
Gary, IN 46402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2023

**Basis for the claim:**  Services

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Amvik Solutions WebABA<br>21100 Superior Street<br>Chatsworth, CA 91311 | Line 3.1<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Brown and Joseph<br>P.O. Box 218<br>Itasca, IL 60143 | Line 3.11<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Clark Quinn Moses Scott & Grahn, LLP<br>320 North Meridian Street, Suite 1100<br>Indianapolis, IN 46204 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.4 | The Klein Law Firm LLC<br>1820 Swarthmore Avenue #714<br>Lakewood, NJ 08701 | Line 3.5<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 96,756.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 96,756.98 |

Fill in this information to identify the case:

Debtor name   Howard Intervention Center, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for Indiana dated December 1, 2020 | |
| State the term remaining | December 31, 2027 | LPS Properties, LLC 1630-45th Street, Suite #104 Munster, IN 46321 |
| List the contract number of any government contract | | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Commerical Lease for Matteson dated March 11, 2020 | |
| State the term remaining | May 14, 2025 | MRC Holdings LLC 20423 State Road 7, Suite F6-270 Boca Raton, FL 33498 |
| List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Howard Intervention Center, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
                                                                                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Cara K. Wilson | 1407 187th Street<br>Homewood, IL 60430 | Emerald Group Holdings LLC dba Vitalcap | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Cara K. Wilson | 1407 187th Street<br>Homewood, IL 60430 | Headway Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Cara K. Wilson | 1407 187th Street<br>Homewood, IL 60430 | Kapitus, LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Cara K. Wilson | 1407 187th Street<br>Homewood, IL 60430 | Kapitus, LLC | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Cara K. Wilson | 1407 187th Street<br>Homewood, IL 60430 | The Avanza Group, LLC | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Howard Intervention Center, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Cara K. Wilson | 1407 187th Street<br>Homewood, IL 60430 | U.S. Small Business Administration | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Cara K. Wilson | 1407 187th Street<br>Homewood, IL 60430 | The Fundworks, LLC | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Howard Intervention Center, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other | $1,151,479.05 |
   | For prior year:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other | $1,546,527.00 |
   | For year before that:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other | $1,346,054.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor   Howard Intervention Center, Inc. _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Kapitus, LLC<br>2500 Wilson Boulevard, Suite 350<br>Arlington, VA 22201 | 9/6/23,<br>9/13/23,<br>9/20/23,<br>9/27/23,<br>10/4/23,<br>10/11/23 &<br>10/18/23 | $20,224.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Emerald Group Holdings LLC<br>48 Wall Street<br>10th Floor<br>New York, NY 10005 | 9/6/23,<br>9/12/23,<br>9/19/23,<br>9/26/23,<br>10/3/23,<br>10/11/23 &<br>10/17/23 | $14,371.91 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. The Fundworks, LLC<br>5990 Sepulveda Boulevard<br>Van Nuys, CA 91411 | 9/7/23,<br>9/14/23,<br>9/21/23,<br>9/28/23,<br>10/5/23,<br>10/12/23 | $11,625.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Headway Capital LLC<br>175 West Jackson Boulevard<br>Chicago, IL 60604 | 9/25/2023 &<br>10/2/2023 | $10,838.24 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. LPS Properties, LLC<br>1630-45th Street, Suite #104<br>Munster, IN 46321 | 10/1/23,<br>11/1/23,<br>12/1/23 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Rent _ |
| 3.6. MRC Holdings LLC<br>20423 State Road 7, Suite F6-270<br>Boca Raton, FL 33498 | 10/1/23,<br>11/1/23,<br>12/1/23 | $12,360.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Rent _ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Cara K. Wilson<br>1407 187th Street<br>Homewood, IL 60430<br>Preisdent | The 1st and<br>16th of each<br>month | $93,600.00 | Wages |

| Debtor | Howard Intervention Center, Inc. | Case number (if known) | |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Tha Avanza Group, LLC v. Howard Intervention Center, Inc. and Cara K. Wilson<br>Index No. 531367/2023 | Breach of Contract | Supreme Court of The State of New York<br>County of Kings | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Highland Hill Capital LLC v. Howard Invervention Center, Inc. d/b/a Howard's Heros and Cara K. Wilson | Breach of Contract | Supreme Court of the State of New York<br>County of Monroe | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Autism Home Services, LLC v. Howard Invervention Center and Elizabeth Houchin<br>45D01-2211-PL-000652 | Breach of Contract, Tortious Interference | Lake Superior Court, State of Indiana | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   Howard Intervention Center, Inc._____   Case number *(if known)*_____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Gregory K. Stern, P.C. 53 West Jackson Boulevard Suite 1442 Chicago, IL 60604 | Attorney Fees & Costs | 11/20/2023 | $8,732.00 |

       **Email or website address**
       greg@gregstern.com

       **Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
   List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Cashawn Morris | 40% of Business | | $40,000.00 |

       **Relationship to debtor**

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    Howard Intervention Center, Inc.                                    Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Patient Records - Therapy - locked documentations stored electronically
and in paper file

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    Howard Intervention Center, Inc.                                    Case number *(if known)*

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    Howard Intervention Center, Inc.    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Network Accounting Services<br>1982 Grant Street<br>Gary, IN 46404 | 2021 - Present |
| 26a.2.    ADP<br>100 Northwest Point Blvd.<br>Elk Grove Village, IL 60007 | 2021 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Network Accounting Services<br>1982 Grant Street<br>Gary, IN 46404 | 2021 - Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    ADP<br>100 Northwest Point Blvd.<br>Elk Grove Village, IL 60007 | 2021 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Network Accounting Services<br>1982 Grant Street<br>Gary, IN 46404 | |
| 26c.2.    ADP<br>100 Northwest Point Blvd.<br>Elk Grove Village, IL 60007 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    Howard Intervention Center, Inc.                                                 Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cara K. Wilson | 1407 187th Street Homewood, IL 60430 | President & Shareholder | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Cara K. Wilson 1407 187th Street Homewood, IL 60430 | $93,600 | The 1st and 16th of each month | Wages |
| | **Relationship to debtor** President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   Howard Intervention Center, Inc.                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     December 1, 2023

/s/ Cara K. Wilson                                        Cara K. Wilson
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Howard Intervention Center, Inc. _____     Case No. _____

_____ Debtor(s)     Chapter    11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,000.00* |
| Prior to the filing of this statement I have received | $ | 7,000.00 |
| Balance Due | $ | 0.00* |

*Plus additional amounts due for services rendered in accordance with the terms of the attached Attorney Client Agreement

2.   The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
        All services in Chapter 11

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        None.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December  1, 2023 _____     /s/ Gregory K. Stern _____
*Date*     Gregory K. Stern 6183380
        *Signature of Attorney*
        Gregory K. Stern, P.C.
        53 West Jackson Boulevard
        Suite 1442
        Chicago, IL 60604
        (312) 427-1558  Fax: (312) 427-1289
        greg@gregstern.com
        *Name of law firm*

---

## ATTORNEY CLIENT AGREEMENT

**THIS AGREEMENT,** made on _____, 2023, is hereby entered into between Howard Intervention Center Inc., 21141 Governors Highway, Matteson, Illinois 60443 (the "Client"), and Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60436 (the "Attorneys").

1.      The Client has agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $650.00 for Gregory K. Stern, $550.00 for Dennis E. Quaid, $500.00 for Monica C. O'Brien and $400.00 for Rachel S. Sandler. The Client has agreed to pay the Attorneys a special purpose retainer of $7,000.00, which is being tendered contemporaneously with the execution of this Attorney-Client Agreement and as follows:

i)      While the Client has the option to employ a security retainer, the Attorneys are unwilling to represent the Client without receiving a special purpose retainer because any security retainer would be property of the Client's bankruptcy estate.

ii)     The special purpose retainer will not be held in a client trust account, and it will become the property of the Attorneys upon payment, and it will be deposited in the Attorney's general operating account.

iii)    The retainer will be applied towards services rendered and expenses incurred. The Client shall pay the fee when billed, except that, during the pendency of the Chapter 11, the Client will pay for services pursuant to court orders entered on applications for interim or final compensation, or per a separate written agreement with the Attorneys.

iv)     Any portion of the retainer that is not earned or required for expenses will be refunded to the Client.

v)      The Client has the option to employ a security retainer, however, the Attorneys are unwilling to represent the Client without receiving a special purpose retainer because any security retainer might be property of the Client's bankruptcy estate.

2.      The Fee consists of compensation for professional services including, but not limited to: analyzing case for filing Chapter 11; reviewing assets, liabilities, loan documentation, executory contracts and other relevant documentation; preparation of Chapter 11 petition, list of creditors, relevant documents for filing, Chapter 11 schedules and statement of financial affairs; representation at the first meeting of creditors; defending creditors' motions to convert, dismiss or modify the automatic stay, if any; preparation and presentation of motions to employ attorneys, accountants or other professional persons, motions for use, sale or lease of property, motions to assume or reject executory contracts; preparation and presentation of disclosure statement, plan and other necessary pleadings in furtherance of reorganizational goals; solicitation of creditor's acceptance; review of proofs of claims and objections regarding same; and, any other act or service in furtherance of reorganizational goals.

3.    The Fee does not include (a) court costs and filing fees, (b) Westlaw or related computer expenses (c) copying and postage, or (d) any other out of pocket costs or expenses. The filing fee of $1,738.00 shall be prior to the filing of the Chapter 11 case. All other fees shall be paid when Client is billed for same, with the exception that, during the Chapter 11, the Client will pay costs and expenses pursuant to court orders entered on applications for compensation, or per a separate written agreement with the Attorneys.

4.    Any modification of this Agreement is void unless it is in writing and signed by both parties.

Howard Intervention Center, Inc.
By: Cara Wilson, Sole Shareholder

Gregory K. Stern, P.C.

## United States Bankruptcy Court
### Northern District of Illinois

In re    Howard Intervention Center, Inc. _____     Case No. _____

_____     Chapter    11 _____
Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   December 1, 2023 _____          Signature   /s/ Cara K. Wilson _____

Cara K. Wilson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  Howard Intervention Center, Inc.                                 Case No.

                                           Debtor(s)        Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              23

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  December 1, 2023              /s/ Cara K. Wilson

                                        Cara K. Wilson/President
                                        Signer/Title

```
109-WebABA
P.O. Box 748746
Atlanta, GA 30384-8746


ABA Building Blocks, LLC
2430 Vanderbilt Beach Road
Suite 108-568
Naples, FL 34109


Amvik Solutions WebABA
21100 Superior Street
Chatsworth, CA 91311


Autism Home Services, LLC
905 West Glen Park Avenue
Griffith, IN 46319


Brown and Joseph
P.O. Box 218
Itasca, IL 60143


Clark Quinn Moses Scott & Grahn, LLP
320 North Meridian Street, Suite 1100
Indianapolis, IN 46204


Emerald Group Holdings LLC dba Vitalcap
48 Wall Street
10th Floor
New York, NY 10005


Great American Financial Services
P.O. Box 660831
Dallas, TX 75266-0831


Headway Capital LLC
175 West Jackson Boulevard
Chicago, IL 60604


Highland Hill Capital LLC
450 Fairway Drive
Suite 210
Deerfield Beach, FL 33441
```

Hinckley Spring Water Company
200 Eagles Landing Blvd
Lakeland, FL 33810


Kapitus, LLC
2500 Wilson Boulevard, Suite 350
Arlington, VA 22201


Lumary US LLC
3500 South Dupont Highway
Dover, DE 19901


Network Accounting Services
1982 Grant Street
Gary, IN 46404


QBS
49 Plain Street
Suite 200
North Attleboro, MA 02760-4153


Sutton Legal & Consulting
3883 Howard Hughes Pkwy
Las Vegas, NV 89169


The Avanza Group, LLC
3974 Amboy Road
Suite 306
Staten Island, NY 10308


The Fundworks, LLC
5990 Sepulveda Boulevard
Van Nuys, CA 91411


The Hanover Insurance Company
333 Pierce Road
Itasca, IL 60143


The Klein Law Firm LLC
1820 Swarthmore Avenue #714
Lakewood, NJ 08701


Tolbert & Tolbert LLC
1085 Broadway, Suite B
Gary, IN 46402

U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

Zachter PLLC
2 University Plaza, Suite 205
Hackensack, NJ 07601

# United States Bankruptcy Court
## Northern District of Illinois

In re   Howard Intervention Center, Inc.

Debtor(s)

Case No.

Chapter   11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Howard Intervention Center, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 1, 2023

Date

/s/ Gregory K. Stern

Gregory K. Stern 6183380

Signature of Attorney or Litigant

Counsel for   Howard Intervention Center, Inc.

Gregory K. Stern, P.C.

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289
greg@gregstern.com