IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HOWARD INTERVENTION CENTER, INC., | ) | Case No. 23-16312 |
| | ) | |
| | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF EMERGENCY MOTION

TO:   Attached Service List

**PLEASE TAKE NOTICE THAT** on December 11, 2023, at 10:00 a.m., I shall appear before the Honorable Judge A. Benjamin Goldgar, or any other judge sitting in his stead, either in Courtroom 642, 219 South Dearborn Street, Chicago, Illinois, or electronically as described below and request a hearing on the Debtor's Interim Motion To Use Cash Collateral Pursuant To §363(c)(2) and (3) Of The Bankruptcy Code and Bankruptcy Rule 4001(b), a copy of which is attached hereto and thereby served upon you.

**Important: Only parties and their counsel may appear for presentation of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by video**, use this link: http://www.zoomgov.com/. Then enter the meeting ID.

**To appear by telephone**, call (669) 254-5252 or (646) 828-7666.  Appearing by telephone will require extra clearance before being allowed into the hearing.

**Meeting ID and password.** The meeting ID for this hearing is 161 500 0972 and the password is 726993.  The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, these motions will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motions in advance without a hearing.

In addition to other grounds for opposing the motion, you may oppose the motion on the basis that emergency treatment is not appropriate.

                                                                      s/ Gregory K. Stern
                                                                         Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

# CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certify that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List as shown by overnight delivery, facsimile, email or telephone on the 6th day of December 2023.

                                          /s/ Gregory K. Stern
                                          Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

**SERVICE LIST**

**Registrants Served Through The Court's Electronic Notice For Registrants**

| | |
|---|---|
| Patrick Layng, United States Trustee<br>219 South Dearborn Street, Suite 873<br>Chicago, Illinois 60604 | via fax (312) 886-5794 and email<br>jeffrey.l.gansberg@usdoj.gov |
| William B. Avellone<br>10 South Riverside Plaza<br>Suite 875<br>Chicago, Illinois 60606 | via fax and email bill.avellone@charteredmgt.com |

**Parties Served With Interest in Cash Collateral**

| | |
|---|---|
| Emerald Group Holdings LLC dba Vitalcap<br>48 Wall Street<br>10th Floor<br>New York, NY 10005 | via FedEx Overnight, Fax (646) 219-7949<br>and email info@vitalcapfund.com |
| Headway Capital LLC<br>175 West Jackson Boulevard<br>Chicago, IL 60604 | via FedEx Overnight, Fax (888) 742-2642<br>and email collections@headwaycapital.com |
| Kapitus, LLC<br>2500 Wilson Boulevard, Suite 350<br>Arlington, VA 22201 | via FedEx Overnight, Fax (646) 607-1594<br>and email generalcounsel@kapitus.com |
| The Avanza Group, LLC<br>3974 Amboy Road<br>Suite 306<br>Staten Island, NY 10308 | via FedEx Overnight, Fax (212) 320-0532<br>and email info@avanzacapitalllc.com |
| The Fundworks, LLC<br>5990 Sepulveda Boulevard<br>Van Nuys, CA 91411 | via FedEx Overnight, Fax (310) 593-2522<br>and email info@thefundworks.com |
| U.S. Small Business Administration<br>219 South Dearborn Street, Fifth Floor<br>Chicago, Illinois 60604 | via FedEx Overnight, Fax (312) 469-6198<br>and email David.DeCelles@usdoj.gov and<br>Sameena.Nabijee@sba.gov |

**Remaining Twenty Largest Creditors**

| | |
|---|---|
| ABA Building Blocks, LLC<br>2430 Vanderbilt Beach Road<br>Suite 108-568<br>Naples, FL 34109 | via telephone call (833) 422-2249<br>and email at info@ababuildingblocks.com |
| Amvik Solutions WebABA<br>21100 Superior Street<br>Chatsworth, CA 91311 | via telephone call (805) 277-3392 |
| Autism Home Services, LLC<br>905 West Glen Park Avenue<br>Griffith, IN 46319 | via Fax (219) 227-9295 |
| Brown and Joseph<br>P.O. Box 218<br>Itasca, IL 60143 | via Fax (847) 758-3020 |
| Clark Quinn Moses Scott & Grahn, LLP<br>320 North Meridian Street, Suite 1100<br>Indianapolis, IN 46204 | via Fax (317) 687-2344 |
| Great American Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | via Fax (319) 261-6188 |
| Highland Hill Capital LLC<br>450 Fairway Drive<br>Suite 210<br>Deerfield Beach, FL 33441 | via Fax (954) 947-5685 |
| Hinckley Spring Water Company<br>200 Eagles Landing Blvd<br>Lakeland, FL 33810 | via Fax (815) 227-1891 |
| Lumary US LLC<br>3500 South Dupont Highway<br>Dover, DE 19901 | via email at brook.joyce@lumary.com |
| Network Accounting Services<br>1982 Grant Street<br>Gary, IN 46404 | via Fax (219) 884-1034 |

| | |
|---|---|
| QBS<br>49 Plain Street<br>Suite 200<br>North Attleboro, MA 02760-4153 | via Fax (508) 316-4274 |
| Sutton Legal & Consulting<br>6325 Alta Drive<br>Las Vegas, Nevada 89107 | via email LewisSutton2017@gmail.com<br>    by agreement of attonrey (no fax available) |
| The Hanover Insurance Company<br>333 Pierce Road<br>Itasca, IL 60143 | via Fax (630) 773-3638 |
| The Klein Law Firm LLC<br>1820 Swarthmore Avenue #714<br>Lakewood, New Jersey 08701 | via Fax (732) 917-7808 |
| Tolbert & Tolbert LLC<br>1085 Broadway, Suite B<br>Gary, IN 46402 | via Fax (219) 427-0783 |
| Zachter PLLC<br>2 University Plaza, Suite 205<br>Hackensack, New Jersey 07601 | via Fax (646) 779-3296 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HOWARD INTERVENTION CENTER, INC., | ) | Case No. 23-16312 |
| | ) | |
| | ) | Hon. A. Benjamin Goldgar |

**MOTION FOR INTERIM USE OF CASH COLLATERAL
PURSUANT TO § 363(c)(2) and (3) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 4001(b)**

Now comes the Debtor, Howard Intervention Center, Inc. (the "Debtor"), by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid, and Rachel S. Sandler, and in support of its Motion For Interim Use Of Cash Collateral Pursuant To § 363(c)(2) and (3) of the Bankruptcy Code and Bankruptcy Rule 4001(b), states as follows:

1. On December 5, 2023, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1334; and, this matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(M).

3. The Debtor, as Debtor In Possession, has continued in possession of its property, pursuant to §§ 1107 and 1108; and, William Avellone has been appointed as Sub Chapter V Trustee in this case.

4. The Debtor is a therapeutic center for autistic children with locations in Matteson, Illinois and Munster, Indiana.

5. The Debtor's Schedules reflect assets consisting of cash deposits, security deposits, accounts receivables, equipment, tools, office furniture and furnishings and general intangibles the market value of which is $369,399.39. (collectively referred to as the "Collateral")

6. The following six creditors may assert a security interest in and to the assets of the Debtor:

the U.S. Small Business Administration (the "SBA"), Headway Capital, LLC ("Headway"), Kapitus, LLC ("Kapitus"), The Fundworks, LLC ("Fundworks"), Emerald Group Holdings LLC dba Vitalcap ("Vitalcap") and The Avanza Group, LLC ("Avanza"), based on the following:

    a. The SBA asserts a security interest in the Collateral by virtue of a UCC Financing Statement filed with the Illinois Secretary of State on June 13, 2020 related to two Notes (& Security Agreements), dated June 3, 2020 and an unknown date in the amounts of $150,000.00 and $500,000.00, respectively. The SBA asserts a claim in the amount of $532,336.07.

    b. Upon information and belief, Headway asserts a security interest related to a Business-Ise Line of Credit and Security Agreement dated February 24, 2021 in the amount of $72,000.00. The current balance due to Headway is $81,905.88. Based upon the SBA's high priority lien claim in and to the Collateral, there exists no equity in the Collateral to support Headway's alleged secured claim.

    c. Upon information and belief, Kapitus asserts a security interest related to two Loan Agreements (& Security Agreements) dated February 13, 2023 and June 12, 2023 in the amounts of $90,000.00 and $59,200.00 respectively. The current balance due to Kapitus is $143,460.12. Based upon the SBA's high priority lien claim in and to the Collateral, there exists no equity in the Collateral to support Kapitus' alleged secured claim.

    d. Upon information and belief, Fundworks asserts a security interest related to a Commercial Loan and Security Agreement dated July 12, 2023 in the amount of $50,000.00. The current balance due to Fundworks is $69,750.00. Based upon the SBA's high priority lien claim in and to the Collateral, there exists no equity in the Collateral to support Fundworks' alleged secured claim.

    e. Vitalcap asserts a security interest in the Collateral by virtue of a UCC Financing Statement filed with the Illinois Secretary of State on October 24, 2023 related to a Standard Merchant Cash Advance Agreement (& Security Agreement) dated August 14, 2023 in the amount of in amount of $45,000.00. The current balance due to Vitalcap is $42,750.00. Based upon the SBA's high priority lien claim in and to the Collateral, there exists no equity in the Collateral to support Vitalcap's secured claim.

    f. Avanza asserts a security interest in the Collateral by virtue of a UCC Financing Statement filed with the Illinois Secretary of State on October 23, 2023 related to a Standard Merchant Cash Advance Agreement (& Security Agreement) dated October 11, 2023 in the amount of in amount of $40,000.00. The current balance due to Avanza is $65,316.12. Based upon the SBA's high priority lien claim in and to the Collateral, there exists no equity in the Collateral to support Avanza's secured claim.

7.  All proceeds of the Collateral including cash and cash equivalents constitute cash collateral within the meaning of 11 U.S.C. §363 ("Cash Collateral").

8.  The Debtor lacks funds with which to fund this Chapter 11, and specifically with which to continue the operations of its business without the continued use of the Cash Collateral. The Debtor requires use of its post-petition receipts to pay rent, employees, supplies, materials, insurance, and other necessary expenses associated with and necessary for the operation of its business.

9.  To assist the Debtor in continuing with its operations and to propose a plan of reorganization in accordance with 11 U.S.C. §§1107 and 1108, the Debtor requires the use of the Cash Collateral.

10. Without the immediate use of Cash Collateral, the estate will suffer immediate and irreparable harm, including the inability to pay its employees and maintain regular business operations.

11. The Debtor requires the use of cash collateral in the approximate amounts as set forth on the Budget attached hereto as Exhibit A and made a part hereof.

12. The Debtor is unable to obtain secured or unsecured credit in the ordinary course of business, or otherwise, pursuant to § 364.

13. As and for adequate protection for the interests of the SBA, Headway, Kapitus, Fundworks, Vitalcap and Avanza, and other lien claimants in the Collateral, the Debtor proposes that:

   (a) The SBA, Headway, Kapitus, Fundworks, Vitalcap and Avanza and any other lien claimants shall be granted valid and perfected replacement liens in and to post-petition Cash Collateral and all post-petition property of the Debtor of the same type or kind substantially equivalent to the pre-petition Collateral (excepting avoidance actions of the estate) to the same extent and with the same priority as held pre petition; and,

   (b) Insurance shall be maintained on the Collateral.

14. The Debtor requires the interim use of Cash Collateral to pay the necessary costs

associated with the operation of its business and requests that this Court conduct a preliminary hearing, instanter, on the Motion and set this matter for continued hearing on **January 8, 2024, at 9:30 am.**

15. Notice of this Motion has been sent to all secured creditors and parties in interest, including the twenty (20) largest unsecured creditors in this Chapter 11 case, in accordance with Bankruptcy Rule 4001 and Rule 1007(d).

WHEREFORE, Howard Intervention Center, Inc., Debtor and Debtor In Possession, prays for entry of an order as follows:

A. Authorizing its use of cash collateral, as defined in 11 U.S.C. § 363;

B. Granting the SBA, Headway, Kapitus, Fundworks, Vitalcap and Avanza and any other lien claimants adequate protection as follows: a post-petition replacement lien, to the same extent and with the same priority as held pre petition, pursuant to 11 U.S.C. §§ 361(2) and 363 on all of the Cash Collateral and all post-petition property of the Debtor of the same type or kind substantially equivalent to the pre-petition Collateral;

C. Setting this matter hearing on the Debtor's Motion to Use Cash Collateral for January 8, 2024, at 9:30 am; and,

D. For such other further relief as this Court deems just.

By:  /s/ Gregory K. Stern,
Gregory K. Stern, Attorney

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558